40

**VEROSOL USA, INC., Plaintiff,**

v.

**The UNITED STATES, Defendant.**

**Slip Op. 96–179.**
**Court No. 92–10–00697.**

United States Court of
International Trade.

Nov. 5, 1996.

Lamb & Lerch (David R. Ostheimer, Sidney H. Kuflik, of counsel), New York City, for plaintiff.

Frank W. Hunger, Assistant Attorney General, Washington, DC; Joseph I. Liebman, Attorney in Charge, International Trade Field Office, New York City; Amy M. Rubin, Civil Division, Dept. of Justice, Commercial Litigation Branch, New York City, for Defendant; Chi S. Choy, New York City, Myron P. Barlow, Office of Assistant Chief Counsel, International Trade Litigation, U.S. Customs Service, Brooklyn, NY, of counsel, for defendant.

### ORDER

POGUE, Judge.

Upon reading defendant's motion for an amendment of the decision and reconsideration of the judgment in this case; and upon consideration of other papers and proceedings had herein; it is hereby

ORDERED that defendant's motion for an amendment to the decision of this Court in *Verosol USA, Inc. v. United States,* 941 F.Supp. 139 (1996) is granted and page 3 of the opinion is hereby amended by deleting the following sentences:

> In 1994, the port of Philadelphia granted several of plaintiff's protests and allowed plaintiff to enter its fabrics under subheading 5907.00.90. Customs later reconsidered those decisions and instructed the port and plaintiff that all future entries of the fabric were to be liquidated under 5407.60.20, HTSUS. Plaintiff again filed protests, but this time Customs denied

them. This denial is the subject of this test case.

And it is further

ORDERED that, as the deleted material did not factor into the Court's decision, defendant's motion for reconsideration of the judgment is hereby denied.